Wince Colonel TANDY, Appellant, v. The FEDERAL LAND BANK OF LOUISVILLE, Appellee.

No. 7684.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1937.

D. A. Sachs, Jr., of Louisville, Ky. for appellant.

J. S. Grimes, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellee, and it further appearing that the appeal was granted on October 7, 1936, and that leave to proceed in forma pauperis was granted on November 7, 1936, and that no further steps have been taken to prosecute the appeal, on consideration whereof it is ordered that the appeal be, and the same is hereby, docketed and dismissed.

---

In re TICE TOWING LINE, Inc., as Charterer and Operator of the Steamtug THE AUTHENTIC.

James ANGUS, Appellant, v. TICE TOWING LINE, Inc., Appellee.

No. 376.

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Foley & Martin, of New York City (James A. Martin, Christopher E. Heckman, both of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, all of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (15 F.Supp. 780) affirmed.

---

The UNITED STATES of America, Appellant, v. Gracie Mae CARMACK, Administratrix of John W. Carmack, Deceased, and Mrs. Sallie Carmack, Appellees.

No. 7262.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1937.

Jas. B. Frazier, Jr., U. S. Atty., and Robert T. Kennerly, both of Knoxville, Tenn., and Julius C. Martin, Wilbur C. Pickett, and Thomas E. Walsh, all of Washington, D. C., for the United States.

F. H. Parvin, of Greeneville, Tenn., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs, and arguments of counsel and, it appearing that there was substantial evidence that appellee's intestate, John W. Carmack, became totally and permanently disabled while the war risk policy sued on was in force, it is therefore ordered and adjudged that the judgment be, and the same is, affirmed.

---

UNITED STATES of America, Appellant, v. CHANG CHOW, Appellee.

No. 8515.

Circuit Court of Appeals, Ninth Circuit.

April 12, 1937.

Ingram M. Stainback, U. S. Atty., of Honolulu, T. H.

Ebert J. Botts, of Honolulu, T. H., for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellant, consented to by appellee, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court herein issued forthwith.